

Christopher H. Lowe - Partner

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.764.7171
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2021

September 17, 2021

VIA ECF
The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

The initial pretrial conference is hereby ADJOURNED to October 29, 2021 at 3:00 p.m. SO ORDERED.

   Re:   Tatum Rios v. Deseda, LLC
         Case No. 1:21-cv-04843 (ANJ)

Dear Judge Nathan:

   We represent Plaintiff Lynnette Tatum-Rios and write to respectfully request a 30-day adjournment of the Initial Pretrial Conference currently scheduled for September 24, 2021 at 3:00p.m. (Dkt 5). Defendant has not yet appeared or otherwise contacted us.

SO ORDERED.
/s/ Alison J. Nathan
9/17/2021

   Plaintiff served her Summons and Complaint via the Secretary of State on August 18, 2021, and Defendant's answer was due September 8, 2021 (Dkt. 6).  While service via the Secretary of State is appropriate, it sometimes takes a few weeks before Defendant receives the papers.  If granted, we propose to use this additional time to attempt to contact Defendant to make them aware of the filing and their need to appear, in an effort to avoid potentially unnecessary motion practice.

   This is the first request for an adjournment of the Initial Pretrial Conference.  If granted, this adjournment will not impact any other case deadlines, inasmuch as none have been set.  Because Defendant has not appeared or otherwise contacted us, we cannot determine whether Defendant consents to this request.

                    Respectfully submitted,
                    LIPSKY LOWE LLP


                    s/ Christopher H. Lowe
                        Christopher H. Lowe