UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lynnette Tatum-Rios,

        Plaintiff,

—v—

Deseda LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/21

21-cv-4843 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per this Court's order dated September 10, 2021, the parties were to submit a joint letter and proposed case management plan by seven days ahead of the initial pretrial conference scheduled for October 29, 2021 at 3:00 p.m. Dkt. No. 7. The Court is not in receipt of the parties' papers. The parties are ORDERED to submit a joint letter and proposed case management plan in accordance with Dkt. No. 7 on or before October 27, 2021. The joint letter must **advise the Court if the parties can do without a conference altogether.**

    SO ORDERED.

Dated: October 25, 2021
      New York, New York

                                      ALISON J. NATHAN
                                    United States District Judge