

Christopher H. Lowe - Partner

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.764.7171
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2021

October 26, 2021

VIA ECF
The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> The Court hereby ADJOURNS the initial pretrial conference to January 21, 2022 at 3:00 PM. The parties are ORDERED to submit a joint letter and proposed case management plan in accordance with Dkt. No. 7, ten days before the conference. SO ORDERED.
>
> *Alison J. Nathan*
> 10/27/2021

Re:   Tatum Rios v. Deseda, LLC
      Case No. 1:21-cv-04843 (ANJ)

Dear Judge Nathan:

We represent Plaintiff Lynnette Tatum-Rios and write to respectfully request a 30-day adjournment of the Initial Pretrial Conference ("IPTC") currently scheduled for October 29, 2021 at 3:00p.m. (Dkt 7). Defendant has not yet appeared or otherwise contacted us.

Plaintiff served her Summons and Complaint via the Secretary of State on August 18, 2021, and Defendant's answer was due September 8, 2021 (Dkt. 6). At our request, the Court previously adjourned the IPTC from September 24, 2021 to October 29, 2021 (Dkt.7). During that time, we made additional attempts via mail and email to contact Defendant to make them aware of the filing and their need to appear. Those attempts were unsuccessful. If granted, we propose to use the additional time to again attempt to contact Defendants to secure their appearance and answer in an effort to avoid potentially unnecessary motion practice.

This is the second request for an adjournment of the IPTC. The granted out previous request. If granted, this adjournment will not impact any other case deadlines, inasmuch as none have been set. Because Defendant has not appeared or otherwise contacted us, we cannot determine whether Defendant consents to this request.



The Honorable Alison J. Nathan, U.S.D.J.
Tatum Rios v. Deseda, LLC
Case No. 1:21-cv-04843 (ANJ)
October 26, 2021
Page 2 of 2

We thank the Court of its attention to this matter.

          Respectfully submitted,
          LIPSKY LOWE LLP

          s/ Christopher H. Lowe
            Christopher H. Lowe