UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022
```

Lynnette Tatum-Rios,

            Plaintiff,

      –v–

Deseda, LLC,

            Defendant.

21-cv-4843 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Pursuant to this Court's order, the parties were to submit a joint letter and proposed case management plan in accordance with Dkt. No. 7 by January 12, 2022, ahead of the January 21, 2022 conference. Dkt. No. 12. The Court is not in receipt of the parties' submissions. The parties are ORDERED to submit a joint letter and proposed case management plan on or before **January 14, 2022.**

      SO ORDERED.

Dated: January 13, 2022
       New York, New York

                                  ALISON J. NATHAN
                                United States District Judge